NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TECHNOLOGY PROPERTIES LIMITED LLC, MCM PORTFOLIO LLC,**
*Plaintiffs-Appellants*

**v.**

**CANON INC., CANON U.S.A., INC.,**
*Defendants-Appellees*

---

2017-1063, 2017-1536

---

Appeals from the United States District Court for the Northern District of California in No. 4:14-cv-03640-CW, Judge Claudia Wilken.

---

**JUDGMENT**

---

ANTHONY G. SIMON, The Simon Law Firm, P.C., St. Louis, MO, argued for plaintiffs-appellants. Plaintiff-appellant Technology Properties Limited LLC also represented by BENJAMIN R. ASKEW, ANTHONY R. FRIEDMAN.

EDWARD PETER HELLER, III, Alliacense Limited LLC, Los Altos, CA, for plaintiff-appellant MCM Portfolio LLC.

DAVID MICHAEL MAIORANA, Jones Day, Cleveland, OH, argued for defendants-appellees. Also represented by CALVIN GRIFFITH; GREGORY A. CASTANIAS, Washington, DC; MATTHEW J. HERTKO, Chicago, IL.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court